UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.10-80115-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORIAN JERRELL CAWLEY,

    Defendant.
_____/



FILED by _____ D.C.

AUG - 6 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

    THIS CAUSE is before the Court for a final probable cause hearing on a petition for violation of supervised release. The Defendant, DORIAN JERRELL CAWLEY, appeared before the Court on August 5, 2014. The Defendant is charged with 2 violations in the Amended Petition: 1) failing to satisfy the court-ordered restitution; and 2) violation of law for the offense of possession of cocaine on May 3, 2013; 3) on about May 28, 2014 failing to follow Probation's instructions not to drive without a valid driver's license.

    The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating his supervised release and would like to proceed to sentencing. The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives his rights to a final probable cause hearing.

    The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

    A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T.K. Hurley, within

fourteen days of being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1)(C).  Failure to file timely objections may limit the scope of appellate review of factual findings contained herein.  *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

The Clerk is **ORDERED** to set this matter before the sentencing calendar of Senior United States District Court Judge Kenneth L. Ryskamp.

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 6 day of August, 2014.

*/s/ James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE


Copies to:
Honorable Kenneth L. Ryskamp, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court