UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80115-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DORIAN JERRELL CAWLEY,

    Defendant.
_____/

## JUDGMENT & COMMITMENT UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court at sentencing on September 11, 2014, for violations of supervised release. The Court adopts the Magistrate Judge's Amended Report and Recommendation [DE 224] and finds the Defendant in violation of his supervised release. Therefore, it is hereby

**ORDERED and ADJUDGED** that the Defendant's term of supervised release imposed by the Court is **revoked** and the Defendant is committed to the custody of the U.S. Bureau of Prisons for a term of **Seven (7) months** with no supervision to follow.

**DONE and ORDERED** in West Palm Beach, this 12th day of September, 2014.

*[signature]*
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc:    All counsel